AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Jackson, Richard B. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO | 3. Date of Report<br><br>01/05/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☑ Nomination,    Date 01/05/2011<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>01/05/2011 |
| 7. Chambers or Office Address<br><br>100 JEFFERSON COUNTY PARKWAY<br>DIVISION 6<br>GOLDEN CO 80401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | STATE OF COLORADO | $0.00 |
| 2. 2010 | STATE OF COLORADO | $128,598.00 |
| 3. 2009 | STATE OF COLORADO | $125,216.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | SELF-EMPLOYED TRAVEL AGENT |
| 2. 2010 | SELF-EMPLOYED TRAVEL AGENT |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. EXEMPT | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 78-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 01/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | Exempt | | | | |
| 2. -VANGUARD VALUE VIPERS | B | Dividend | L | T | | | | | |
| 3. -VANGUARD FTSE ALL WORLD EX US INDEX- | A | Dividend | K | T | | | | | |
| 4. -VANGUARD EXTENDED MKT VIPERS | A | Dividend | L | T | | | | | |
| 5. -VANGUARD GROWTH VIPERS | A | Dividend | L | T | | | | | |
| 6. -BNY MELLON MUNICIPAL OPPORTUNITIES FUND | A | Dividend | J | T | | | | | |
| 7. B-NY MELLON NATIONAL INTERMEDIATE MUNICIPAL BOND FUND | B | Dividend | K | T | | | | | |
| 8. -US TREASURY NOTE 1/2011 | A | Dividend | K | T | | | | | |
| 9. -US TREASURY NOTE DTD 10/2012 | A | Dividend | K | T | | | | | |
| 10. -US TREASURY NOTE 07/13 | A | Dividend | K | T | | | | | |
| 11. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 12. FED HOME LN MTG CORP | B | Dividend | L | T | | | | | |
| 13. FED HOME LOAN BANKS | B | Dividend | L | T | | | | | |
| 14. US TREASURY NT 11/12 | B | Interest | L | T | | | | | |
| 15. US TREAS INFLATION IND BOND | A | Interest | L | T | | | | | |
| 16. US TREASURY NOTE 6/2016 | B | Interest | L | T | | | | | |
| 17. US TREASURY NOTE 12/16 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 01/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. US TREASURY NOTE 7/17 | A | Interest | L | T | | | | | |
| 19. US TREASURY NOTE 5/10 | A | Interest | | | | | | | |
| 20. GEN ELECT CAP CPR 9/17 | A | Interest | K | T | | | | | |
| 21. WELLS FARGO CO 5.25% 10/12 | B | Interest | K | T | | | | | |
| 22. AETNA INC | B | Interest | K | T | | | | | |
| 23. PFIZER INC | B | Interest | K | T | | | | | |
| 24. GOLDMAN SACHS GROUP INC | B | Interest | K | T | | | | | |
| 25. AT & T INC | B | Interest | K | T | | | | | |
| 26. ISHARES S&P GSCI COMMODITY IND EXED TRUST | A | Interest | K | T | | | | | |
| 27. AIM STIT TREASURY PORTFOLIO | A | Interest | L | T | | | | | |
| 28. SPDR TRUST SERIES 1 | D | Dividend | M | T | | | | | |
| 29. ISHARES TR MIDCAP | B | Dividend | L | T | | | | | |
| 30. SPDR DOW JONES INDUSTRIAL AVERAGE | D | Dividend | M | T | | | | | |
| 31. ISHARES MSCI EAFE INDX FUND | D | Dividend | M | T | | | | | |
| 32. RYDEX MANAGED FUTURES STRATEGY FD | | None | K | T | | | | | |
| 33. ISHARES RUSSELL 1000 INDEX FUND | C | Dividend | M | T | | | | | |
| 34. ISHARES TR S & P SMALL CAP 600 | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. VANGUARD EMERGING MARKETS E TF | A | Dividend | L | T | | | | | |
| 36. FED HOME LN MTG CORP | B | Dividend | | | | | | | |
| 37. FED HOME LOAN BANK | C | Dividend | M | T | | | | | |
| 38. FED NAT MTG ASSN | B | Dividend | | | | | | | |
| 39. 401(k) #1 | | | | | | | | | |
| 40. -PIMCO TOTAL RETURN FUND | B | Dividend | K | T | | | | | |
| 41. -DODGES & COX BALANCED FUND | B | Dividend | K | T | | | | | |
| 42. -DODGE & COX STOCK FUND | B | Dividend | J | T | | | | | |
| 43. -FIDELITY CONTRAFUND | B | Dividend | J | T | | | | | |
| 44. -RAINIER LG CAP GROWTH EQUITY | B | Dividend | J | T | | | | | |
| 45. -AMERICAN FUNDS EUROPACIFIC GR | B | Dividend | J | T | | | | | |
| 46. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 47. CHEVRON CORP | B | Dividend | K | T | | | | | |
| 48. EXXON MOBIL | C | Dividend | L | T | | | | | |
| 49. AIR PRDTS AND CHEMICALS INC | A | Dividend | K | T | | | | | |
| 50. EMERSON ELECTRIC CO | A | Dividend | K | T | | | | | |
| 51. GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns D1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 01/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. UNION PAC CORP | A | Dividend | K | T | | | | | |
| 53. UNITED TECHNOLOGIES CORP | A | Dividend | K | T | | | | | |
| 54. WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 55. JOHNSON CTLS INC | A | Dividend | J | T | | | | | |
| 56. STARBUCKS CORP | B | Dividend | M | T | | | | | |
| 57. NESTLE S A SPONSORED ADR REPSTG REG | A | Dividend | K | T | | | | | |
| 58. PEPSICO INC | A | Dividend | K | T | | | | | |
| 59. PROCTER & GAMBLE CO | B | Dividend | K | T | | | | | |
| 60. ABBOTT LABORATORIES | A | Dividend | J | T | | | | | |
| 61. JOHNSON & JOHNSON | B | Dividend | K | T | | | | | |
| 62. PFIZER INC | A | Dividend | J | T | | | | | |
| 63. THERMO FISCHER SCIENTIFIC | | None | | | | | | | |
| 64. TEVA PHARMACEUTICAL INDS LTS | A | Dividend | | | | | | | |
| 65. INVESCO LTD | A | Dividend | J | T | | | | | |
| 66. ACE LTD | A | Dividend | K | T | | | | | |
| 67. JP MORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 68. MORGAN STANLEY | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 01/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. STATE STREET CORP | A | Dividend | J | T | | | | | |
| 70. US BANCORP | A | Dividend | J | T | | | | | |
| 71. WELLS FARGO AND CO | A | Dividend | J | T | | | | | |
| 72. ACCENTURE PLC | A | Dividend | J | T | | | | | |
| 73. APPLE INC | A | None | K | T | | | | | |
| 74. CISCO SYSTEMS INC | A | None | J | T | | | | | |
| 75. GOOGLE INC | A | None | J | T | | | | | |
| 76. HEWLETT PACKARD CO | A | Dividend | J | T | | | | | |
| 77. INTEL CORP | A | Dividend | J | T | | | | | |
| 78. MASTERCARD INC | A | Dividend | | | | | | | |
| 79. MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 80. SALESFORCE.COM INC | | None | J | T | | | | | |
| 81. SEMPRA ENERGY | A | Dividend | J | T | | | | | |
| 82. WATSON PHARMACEUTICALS INC | A | Dividend | J | T | | | | | |
| 83. ZIMMER HOLDINGS INC | A | Dividend | J | T | | | | | |
| 84. ISHARES MSCI EAFE INDEX FD | C | Dividend | M | T | | | | | |
| 85. ISHARES MSCI EMERGING MARKETS FD | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. VANGUARD EXTENDED MARKET VI PERS INDEX FUND | A | Dividend | L | T | | | | | |
| 87. DENVER CO CITY & CTY SCHOOL DS TRICT | B | Interest | L | T | | | | | |
| 88. CASTLE PINES NORTH MET DIST CO | C | Interest | L | T | | | | | |
| 89. THORNTON CO DTD | B | Interest | L | T | | | | | |
| 90. RANGELY CO SCH DIST RE 4 | B | Interest | L | T | | | | | |
| 91. SNOWMASS VIG CO | B | Interest | L | T | | | | | |
| 92. FLORIDA HSG FIN CORP REV | B | Interest | K | T | | | | | |
| 93. UNIV COLOR ENTERPRISE SYS REV | B | Interest | L | T | | | | | |
| 94. METROPOLITAN TRANSN AUTH NY | B | Interest | L | T | | | | | |
| 95. METRO WASTEWTR RECLAM DSTR CO | B | Interest | L | T | | | | | |
| 96. EL PASO CTY CO REV | B | Interest | L | T | | | | | |
| 97. BNY MELLON MUNICIPAL OPPORT UNITIES | B | Dividend | K | T | | | | | |
| 98. BNY MELLON NATL MUNI MONEY MKT FUND | A | Dividend | M | T | | | | | |
| 99. HILLSBOROUGH CTY FL BOND | C | Interest | | | | | | | |
| 100. ORACLE CORP | A | Dividend | | | | | | | |
| 101. COMCAST CORP | A | Dividend | | | | | | | |
| 102. HUDSON CITY BANCORP INC | A | Dividend | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 01/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. EXELON CORP | A | Dividend | | | | | | | |
| 104. IRA #2 | | | | | | | | | |
| 105. -DREYFUS PR LRG CAP EQ FD | A | Dividend | L | T | | | | | |
| 106. -VANGUARD FTSE ALL WORLD EX US INDEX FD | A | Dividend | K | T | | | | | |
| 107. -VANGUARD EXTEND MKT VIPERS INDEX FD | A | Dividend | J | T | | | | | |
| 108. -BNY MELLON INTERM BOND FUND CLASS M | B | Dividend | K | T | | | | | |
| 109. -DREYFUS PREMIER LTD TERM HIGH YIELD FD | A | Dividend | J | T | | | | | |
| 110. -AIM STIT TREASURY PORTFOLIO | A | Interest | J | T | | | | | |
| 111. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 112. DREYFUS LARGE FUND GROWTH FUND CLASS I | A | Dividend | K | T | | | | | |
| 113. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 114. AMERICAN STRATEGIC INCOME PORTFOLIO | B | Dividend | K | T | | | | | |
| 115. CIT GROUP INC NEW | | None | J | T | | | | | |
| 116. GABELLI DIVIDEND & INCOME TRUST | A | Dividend | J | T | | | | | |
| 117. AIM INV INVESCO VAN KAMPEN CORP BOND FD. | B | Dividend | K | T | | | | | |
| 118. AIM INV INVESTCO VAN KAMPEN HIGH YD FD CLASS A | A | Dividend | K | T | | | | | |
| 119. WELLS FARGO FDS TR SPECI TECHN | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. CIT GROUP INC NEW NOTE 5/13 | A | Dividend | J | T | | | | | |
| 121. CIT GROUP INC NEW 5/14 | A | Dividend | J | T | | | | | |
| 122. CIT GROUP INC NEW 5/15 | A | Dividend | J | T | | | | | |
| 123. CIT GROUP INC NEW 5/16 | A | Dividend | J | T | | | | | |
| 124. CIT GROUP INC NEW 5/17 | A | Dividend | J | T | | | | | |
| 125. GENERAL ELEC CAPITAL CORP MID TERM NOTE | A | Dividend | J | T | | | | | |
| 126. WELLS FARGO BANK (VARIOUS ACCOUNTS) | A | Interest | K | T | | | | | |
| 127. TRUST #1 | | | | | | | | | |
| 128. -SPDR TRUST SERIES 1 | A | Dividend | K | T | | | | | |
| 129. -SPDR DOW JONES INDUSTRIAL AVER TRUST | A | Dividend | K | T | | | | | |
| 130. -ISHARES MSCI EAFE INDEX FD | A | Dividend | J | T | | | | | |
| 131. -I-SHARES MSCI EMERGING MKTS FD | A | Dividend | J | T | | | | | |
| 132. -VANGUARD EXTENDED MKT VIPERS INDX FD | A | Dividend | K | T | | | | | |
| 133. -BNY MELLON NATL INTER MUN BD FUND | A | Dividend | L | T | | | | | |
| 134. -BNY MELLON NATL MUNI MONEY MKT FD | A | Dividend | J | T | | | | | |
| 135. -US TREASURY BILL | A | Interest | J | T | | | | | |
| 136. -DIAMONDS TR | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 01/05/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. TRUST #2 | | | | | | | | | |
| 138. -SPDR TRUST SERIES I | B | Dividend | L | T | | | | | |
| 139. -SPDR DOW JONES INDUSTRIAL AV TRUST | B | Dividend | L | T | | | | | |
| 140. -ISHARES MSCI EAFE INDX FD | A | Dividend | K | T | | | | | |
| 141. -ISGARES MSCI EMERGING MKTS IN DX FD | A | Dividend | J | T | | | | | |
| 142. -VANGUARD EXTENDED MTK VIPERS | A | Dividend | K | T | | | | | |
| 143. -COLO ST BD GOVERNORS UNIV ENT | B | Interest | L | T | | | | | |
| 144. -BOULDER CNT CO SALES TAX | B | Interest | L | T | | | | | |
| 145. -BNY MELLON NTL INT MUN BD FD | C | Dividend | L | T | | | | | |
| 146. -US TREASURY NOTE 3/11 | A | Interest | K | T | | | | | |
| 147. -US TREASURY NOTE 7/12 | A | Interest | K | T | | | | | |
| 148. -BNY MELLONNATL MUNI MONEY MKT FD | A | Dividend | K | T | | | | | |
| 149. -DIAMONDS TR | B | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

### IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _Richard Brake Jackson_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 30 | 968 | Notes payable to banks-secured | | | |
| U.S. Government securities—see schedule | | 341 | 044 | Notes payable to banks-unsecured | | | |
| Listed securities—see schedule | 4 | 077 | 285 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable —primary residence | | 143 | 187 |
| Real estate owned—primary residence | | 900 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 85 | 840 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 143 | 187 |
| . | | | | Net Worth | 5 | 291 | 950 |
| Total Assets | 5 | 435 | 137 | Total liabilities and net worth | 5 | 435 | 137 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor —child's home loan | 1 | 125 | 000 | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you a defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |